United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRY YANUSHKEVICH,<br><br>                Plaintiff,<br><br>        v.<br><br>WALGREEN CO., an Illinois corporation, d/b/a WALGREENS #03344; and DOES 1 through 10, inclusive,<br><br>                Defendant. | Case No.  5:15-cv-04964-RMW<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 19 |

The parties, having filed a Notice of Settlement on **May 17, 2016** (See Docket Item No. 19), are ordered to appear before the Honorable Ronald M. Whyte on **July 8, 2016 at 9:00 AM** in Courtroom No. 6, 4th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **July 1, 2016**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **July 1, 2016**.

15-cv-04964-RMW
ORDER TO SHOW CAUSE RE SETTLEMENT

1

1    All other pretrial deadlines and hearing dates are VACATED and any pending motions are
2 TERMINATED.
3    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
4 this action.
5    **IT IS SO ORDERED.**
6 Dated: May 25, 2016



Ronald M. Whyte
United States District Judge