1  Laura D. Heckathorn (SBN 228861)
   laura.heckathorn@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
3  Los Angeles, CA  90071
   Telephone:     213.239.9800
4  Facsimile:     213.239.9045

5  Michael D. Thomas (SBN 226129)
   michael.thomas@ogletreedeakins.com
6  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
7  One Market Plaza
   San Francisco, CA  94105
8  Telephone:     415.442.4810
   Facsimile:     415.442.4870
9
   Attorneys for Defendant
10 WALGREEN CO.

11

12 LAW OFFICE OF IRENE KARBELASHVILI
   Irene Karbelashvili, State Bar Number 232223
13 Irakli Karbelashvili, State Bar Number 302971
   12 South First Street, Suite 413
14 Telephone:  (408) 295-0137
   Fax:  (408) 295-0142

15 Attorneys for Plaintiff
   DMITRY YANUSHKEVICH
16

**GRANTED**
*Ronald M. Whyte*
Judge Ronald M. Whyte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19

20 DMITRY YANUSHKEVICH,                    Case No.  5:15-cv-04964

21         Plaintiff,                      **STIPULATION TO ENLARGE TIME FOR DEFENDANT WALGREEN CO. TO**
22     v.                                  **RESPOND TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND FOR**
23 WALGREEN CO., an Illinois corporation   **CONTINUATION OF THE HEARING ON**
   d/b/a WALGREENS #03344; and DOES 1     **THE MOTION TO ENFORCE**
24 through 10, inclusive,                  **SETTLEMENT**

25         Defendant.                      Date:  September 2, 2016
                                           Time:  9:00 a.m.
26                                         Crtm:  Courtroom 6

27                                         Complaint filed:  October 28, 2015

28

Case No. 5:15-cv-04964
STIPULATION TO ENLARGE TIME  TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT
AND FOR CONTINUATION OF THE HEARING ON THE MOTION TO ENFORCE SETTLEMENT

1    This stipulation is entered into by and between Plaintiff Dmitry Yanushkevich ("Plaintiff"),
2 on the one hand, and Defendant Walgreen Co. ("Defendant") (collectively "the Parties), on the
3 other hand, by and through their undersigned counsel of record, with reference to the following
4 facts and recitals:
5    WHEREAS, on July 25, 2016, Plaintiff filed a Notice of Motion and Motion to Enforce
6 Settlement;
7    WHEREAS, on August 2, 2016, the Parties appeared before Mediator Tamara Lange for a
8 pre-mediation phone conversation.
9    WHEREAS, during the August 2, 2016 pre mediation conversation, the Parties began to
10 have effective conversations regarding amicably resolving their dispute without the need for
11 Plaintiff's Motion to Enforce Settlement or Mediation;
12    WHEREAS, the Parties have agreed to continue settlement conversations to resolve their
13 disputes with the guidance of the mediator;
14    WHEREAS, Defendant's deadline to file an opposition to Plaintiff's Motion to Enforce
15 Settlement is August 8, 2016.
16    WHEREAS, the hearing on Plaintiff's Motion to Enforce Settlement is currently scheduled
17 for September 2, 2016.
18    WHEREAS, the Parties believe it is more efficient to spend their time attempting to resolve
19 their disputes then engage in Motion practice.
20    WHEREAS, this stipulated request is filed more than 14 days before the September 2, 2016
21 hearing and therefore the stipulation does not violation Civil Local Rule 6-1(b).
22    It is therefore STIPULTED AND AGREED, by and between the undersigned counsel and
23 pursuant to Civil Local Rule 6-2, that the time for Defendant to oppose Plaintiff's Motion to
24 Enforce Settlement shall be continued to September 23, 2016 and the hearing on Plaintiff's Motion
25 ///
26 ///
27 ///
28 ///

STIPULATION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT
AND FOR CONTINUATION OF THE HEARING ON THE MOTION TO ENFORCE SETTLEMENT

to Enforce Settlement shall be continued to October 14, 2016.  Plaintiff may also submit a Reply brief per the Local Rules and the Federal Rules of Civil Procedure.

DATED:  August 4, 2016                      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                            By:   /s/ Michael D. Thomas
                                                  Laura D. Heckathorn
                                                  Michael D. Thomas

                                            Attorneys for Defendant
                                            WALGREEN CO.


DATED:  August 4, 2016                      LAW OFFICE OF IRENE KARBELASHVILI


                                            By:   /s/ Irene Karbelashvili
                                                  Irene Karbelashvili
                                                  Irakli Karbelashvili

                                            Attorneys for Plaintiff
                                            DMITRY YANUSHKEVICH


### **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:  August 4, 2016                      By:   /s/ Michael D. Thomas