LAW OFFICE OF IRENE KARBELASHVILI
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DMITRY YANUSHKEVICH, Plaintiff

GRANTED
Judge Kandis Westmore

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DMITRY YANUSHKEVICH, <br>           Plaintiff, <br> vs. <br> WALGREEN CO., an Illinois corporation, d/b/a WALGREENS #03344; and DOES 1 through 10, inclusive, <br>           Defendants | Case No. 15-cv-04964-KAW <br><br> **STIPULATION DISMISSING ACTION WITH PREJUDICE** |

STIPULATION DISMISSING ACTION WITH PREJUDICE

## STIPULATION

Plaintiff DMITRY YANUSHKEVICH ("Plaintiff") and Defendants WALGREEN CO. an Illinois corporation and WALGREEN CO., an Illinois corporation, d/b/a WALGREENS #03344 ("Defendants")(collectively, the Parties") hereby stipulate, pursuant to FRCP 41 (a)(1)(A)(ii), that this action shall be dismissed with prejudice against Defendants and the Parties shall bear their own attorneys' fees and costs in the action.

**IT IS SO STIPULATED.**

Dated: April 27, 2017 */s/ Irene Karbelashvili*
Irene Karbelashvili, Attorney for
Plaintiff DMITRY YANUSHKEVICH

Dated: April 28, 2017 */s/ Michael Thomas*
Michael Thomas, Attorney for
Defendant WALGREEN CO.

## **FILER'S ATTESTATION**

I hereby attest that on, I, Irene Karbelashvili, received the concurrence of the signatories in filing of this document.